## Certificate No. 3152
### (419 P. 2d 640)

*In re* GEORGE L. ALLRED's voluntary surrender of his certificate to practice law in the state of Kansas.

Opinion canceling certificate filed November 5, 1966.

*Per Curiam:* On September 30, 1966, George L. Allred voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE George L. Allred's name from the roll of attorneys.